# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>      v.<br><br>**KENNETH RAY JOHNSON, III**<br><br>          Defendant. | CR NO: 1:16-mj-044 BAM |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

☒ Ad Prosequendum      ☐ Ad Testificandum

Name of Detainee: Kenneth Ray Johnson, III
Detained at: Wasco State Prison

Detainee is:
- a.) ☒ charged in this district by: ☐ Indictment ☐ Information ☒ Complaint
  charging detainee with: 18 U.S.C. § 1959(a)(5) and 18 U.S.C. 1029(a)(5)&(b)(2)
- or b.) ☐ a witness not otherwise available by ordinary process of the Court

Detainee will:
- a.) ☒ return to the custody of detaining facility upon termination of proceedings
- or b.) ☐ be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary on forthwith for initial appearance in the Eastern District of California.*

Signature: /s/ Kimberly A. Sanchez
Printed Name & Phone No: KIMBERLY A. SANCHEZ
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
☒ Ad Prosequendum      ☐ Ad Testificandum

    The above application is granted and the above-named custodian, as well as the United States Marshal's Service for this district, is hereby ORDERED to produce the named detainee, **FORTHWITH**, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

Dated: **May 5, 2016**

Honorable Stanley A. Boone
U.S. MAGISTRATE JUDGE

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if | | ☒ Male ☐ Female | |
| Booking or CDC #: | AZ7548 | DOB: | 04/21/1989 |
| Facility Address: | 701 Scofield Avenue, Wasco, CA 93280 | Race: | |
| Facility Phone: | | FBI#: | |
| Currently | | | |

## RETURN OF SERVICE

Executed on: _____
                              (signature)